IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and COLUMBIA CASUALTY COMPANY, | ) ) ) ) ) | Case No. 8:10CV424 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| DIAL EQUITIES, INC., KEY ASSOCIATES LLC, GRAND POINTE - NE LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Defendants. | ) | |

Counsel appeared telephonically for a planning conference. Status of the case reviewed. The parties notified the court that the claim involving defendant Dial Equities, Inc., has been resolved.

**IT IS ORDERED:**

On or before **February 8, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the claim against defendant Dial Equities, Inc.

Dated: January 18, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge