# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, and COLUMBIA CASUALTY COMPANY,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **8:10CV424** |
| **V.** | ) ) | |
| **DIAL EQUITIES, INC., KEY ASSOCIATES LLC, and GRAND POINTE - NE LIMITED PARTNERSHIP,** | ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

Dismissal papers were due in this case on July 8, 2013. (Filing 101.) However, these documents have not been filed.

Accordingly,

**IT IS ORDERED** that by or before **July 29, 2013**, the parties shall **jointly** file a report detailing the status of this case.

**DATED July 24, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**